Susie Mae WILLIAMS, Appellant, v. CAPI-
TAL TRANSIT COMPANY, a Corpo-
ration, Appellee.

No. 11343.

United States Court of Appeals
District of Columbia Circuit.

Argued March 23, 1953.

Decided April 30, 1953.

Mr. David G. Bress, Washington, D. C.,
with whom Messrs. Alvin L. Newmyer,
Jr., and Richard S. Ross, Washington, D.
C., were on the brief, for appellant.

Mr. Frank F. Roberson, Washington,
D. C., with whom Mr. George D. Horning,
Jr., Washington, D. C., was on the brief,
for appellee.

Before EDGERTON, CLARK, and
FAHY, Circuit Judges.

PER CURIAM.

In this suit for personal injuries the
District Court directed a verdict for the
defendant. In our opinion the appellant
was not entitled to go to the jury on the
theory of *res ipsa loquitur* and the court
did not err in finding no substantial evi-
dence of negligence.

Affirmed.